LAW OFFICES OF BUCHSBAUM & HAAG, LLP
BRENT S. BUCHSBAUM, CSBN: 194816
brent@buchsbaumhaag.com
LAUREL N. HAAG, CSBN: 211279
laurel@buchsbaumhaag.com
100 Oceangate, Suite 1200
Long Beach, California 90802
Telephone: (562)733-2498; Fax: (562)628-5501

Attorneys for Plaintiff, TOYA LEE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| TOYA LEE, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>QUIET LOGISTICS, Inc., a Delaware Corporation; and DOES 1-10, Inclusive,<br><br>    Defendants. | Case No.: 8:21-cv-00603-CJC (DFMx)<br><br>*The Honorable Cormac J. Carney*<br>*Courtroom 9B*<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE**<br><br><br>Action Filed:   02/24/21 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Plaintiff, TOYA LEE and Defendant QUIET LOGISTICS, INC., (collectively referred to as "the Parties) wish to advise the Court that they have reached a settlement resolving this action.

The parties request that the Court vacate all pending dates on the following grounds:  The parties have settled the matter and settlement documents are being

exchanged and the Parties are in the process of taking steps to dismiss this action in its entirety. The stipulation regarding dismissal, with prejudice, of the entire action should be filed not more than 45 days from the date of this notice.

Dated:  July 13, 2021        LAW OFFICES OF BUCHSBAUM & HAAG
                             A Limited Liability Partnership


                             By __/s/ Brent S. Buchsbaum_____
                             Brent S. Buchsbaum, Attorneys for Plaintiffs



Dated:  July 13, 2021        LEWIS BRISBOIS BISGAARD & SMITH, LLP
                             A Limited Liability Partnership


                             By __/s/ Alaleh T. Khosrowpour_____
                             Alaleh T. Khosrowpour, Attorneys for Defendants


### Attestation of Signatures

Pursuant to Local Rule 5-3.2, 4(a)(2), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.